FILED
2005 JUN -9 P 4: 14
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

United States District Court
District of Connecticut

Jaime C. Santiago; Petitioner
No. 270351

VERSUS

Warden and State Attorney
General;
Respondents

Case NO:
3:01 CV 1694
PRISONER

June 10, 2005

## Motion to Re-Open about Docket No.

The petitioner under State custody filed a writ of habeas corpus to re-open the docket of the above, it was dismissed on October 25, 2001 due to insufficiency of process by the petitioner, it defaulted on requirements.

(1.)

Respectfully submitted;

By: *Jaime C. Santiago*

Petitioner

Jaime C. Santiago, No. 270351
Garner Correctional Institute
50 Nunnawauck Road
Newtown, Connecticut 06470

Certification of Service:

I hereby certify that a copy of the foregoing pleading/document were mailed to;

(A) State Attorney General
55 Elm Street
Hartford, Connecticut 06106

(B) United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

(2.)

By: *Jaime C. Santiago*

ORDER:

The above-entitled matter, having come before this court, upon the petitioner Jaime C. Santiago, No. 270351 Inmate Number, Motion for Re-open above Docket Number on case no: 3:01 CV 1694 Prisoner and the court being duly advised.

It is ORDERED, DENIED or GRANTED.

_____
U.S. MAGISTRATE JUDGE

(3.)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CONNECTICUT 06604
(203) 579-5861

KEVIN F. ROWE
CLERK

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE W. CODY
DEPUTY IN CHARGE

STATE OF CONNECTICUT

V.                                           PRISONER
                         CASE NO:   3:01CV1694(CFD)
JAIME C. SANTIAGO

## NOTICE TO PLAINTIFF OF INSUFFICIENCY

Your application to proceed in forma pauperis has been filed; however, we cannot complete the processing of your complaint for the following reasons:

(XX)   Your in forma pauperis form is incomplete:

   ( )   You must answer all questions thoroughly
   ( )   You must have your prison account information certified by an authorized person
   (X)   You must submit a ledger sheet showing at least the past **six** months' transactions

(XX) Failure to submit Prisoner Authorization Form.

( ) Failure to provide Inmate Number.

( ) Failure to provide complete address(es) of plaintiff(s) or defendant(s).

**PLEASE NOTE:** After correcting the deficiencies described above, please return your papers, along with a copy of this notice, to **MARY E. LARSEN, CLERK'S OFFICE, 915 LAFAYETTE BLVD., BRIDGEPORT, CONNECTICUT 06604 (LABEL ENCLOSED)**.

**The failure to correct these deficiencies within thirty (30) days from the date of this notice will result in your complaint being dismissed by the court.**

Dated at Bridgeport, Connecticut, this ___25___ day of _____October_____, 2001.

_____
U.S. Magistrate Judge